UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     Molloy, John H.

Case No.: 25-11274
Chapter: 7
Judge: CMG

### NOTICE OF PROPOSED ABANDONMENT

__Daniel E. Straffi__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __April 29 2025__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
528 Cramer Avenue
Beverly, NJ
FMV - +/-$ 209,000.00

Liens on property:
CMG Financial - $256,698.68
Housing Urban Development - $66,235.96
Total Lien - $ 322,934.64

Plus 10% Estimated Costs of Sale

Amount of equity claimed as exempt: $-0-

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.
Address: 670 Commons Way Toms River, NJ 08755
Telephone No.: 732-341-3800

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 25-11274-CMG
John H. Molloy  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: Mar 27, 2025     Form ID: pdf905     Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John H. Molloy, 528 Cramer Avenue, Beverly, NJ 08010-1006 |
| 520544733 | + | Barclays, P.O. Box 8893, Wilmington, DE 19899-8893 |
| 520544737 | + | Emer Phy Assoc. of NJ PA, Collection Management, 661 Andersen Drive, Drive 110, Pittsburgh, PA 15220-2700 |
| 520544743 | | New Jersey Natural Gas, 1415 Wyckoff Rd, Wall, NJ 07719 |
| 520544746 | + | Synov US Bank, 5565 GlenRidge Connector, Atlanta, GA 30342-4756 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 27 2025 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 27 2025 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520544735 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2025 21:01:02 | CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 520544736 | ^ | MEBN | Mar 27 2025 20:45:09 | CMG Financial, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 520544734 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2025 21:12:34 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520544738 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2025 21:13:05 | Home Depot/Citibank, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 520544739 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 27 2025 21:12:35 | Housing Urban Development, 451 7th Street, S.W, Washington, DC 20410-0001 |
| 520544740 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 27 2025 20:56:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520544741 | | Email/Text: EBN@Mohela.com | Mar 27 2025 20:56:00 | Mohela/Dept. of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520544742 | + | Email/PDF: bankruptcy_prod@navient.com | Mar 27 2025 21:23:32 | Navient Private Loan Trust, P.O. Box 9640, Wilkes Barre, PA 18773-9640 |
| 520544744 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 27 2025 20:55:00 | NJ Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695 |
| 520544745 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2025 21:00:56 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept., P.O. Box 71756, Philadelphia, PA 19176-1756 |
| 520544747 | + | Email/Text: bncmail@w-legal.com | Mar 27 2025 20:56:00 | TD Bank USA/Target, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 520544748 | + | Email/Text: bankruptcy@td.com | Mar 27 2025 20:57:00 | TDRCS/Raymour & Flanigan, 1000 MacArthur |

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 27, 2025 | Form ID: pdf905 | Total Noticed: 20 |

| | | | | Boulevard, Mahwah, NJ 07430-2035 |
|---|---|---|---|---|
| 520544749 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Mar 27 2025 21:01:32 | WFBNA Card, P.O. Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 29, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel E. Straffi | bktrustee@straffilaw.com  G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com |
| Daniel E. Straffi | on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com  G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com |
| Denise E. Carlon | on behalf of Creditor CMG Mortgage  Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| George E Veitengruber, III | on behalf of Debtor John H. Molloy bankruptcy@veitengruberlaw.com  knapolitano15@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5