Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.:  25−11274−CMG
                    Chapter:  7
                    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John H. Molloy
   528 Cramer Avenue
   Beverly, NJ 08010

Social Security No.:
   xxx−xx−9951

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I  Gary A. Nau , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

528 Cramer Avenue, Beverly NJ.

Dated: April 23, 2025
JAN: gan

                                              Jeanne Naughton
                                              Clerk