**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | John H. Molloy<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9951<br>EIN  __-_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN  ____<br>EIN  __-_____ |

United States Bankruptcy Court   District of New Jersey

Case number:   25-11274-CMG

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

John H. Molloy

<u>5/12/25</u>

**By the court:**   <u>Christine M. Gravelle</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 25-11274-CMG
John H. Molloy  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2
Date Rcvd: May 12, 2025      Form ID: 318      Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John H. Molloy, 528 Cramer Avenue, Beverly, NJ 08010-1006 |
| 520544733 | + | Barclays, P.O. Box 8893, Wilmington, DE 19899-8893 |
| 520544736 | + | CMG Financial, P.O. Box 77404, Ewing, NJ 08628-6404 |
| 520544737 | + | Emer Phy Assoc. of NJ PA, Collection Management, 661 Andersen Drive, Drive 110, Pittsburgh, PA 15220-2700 |
| 520544743 | | New Jersey Natural Gas, 1415 Wyckoff Rd, Wall, NJ 07719 |
| 520544746 | + | Synov US Bank, 5565 GlenRidge Connector, Atlanta, GA 30342-4756 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDESTRAFFI.COM | May 13 2025 00:43:00 | Daniel E. Straffi, Straffi & Straffi, LLC, 670 Commons Way, Toms River, NJ 08755-6431 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 12 2025 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 12 2025 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520544735 | | EDI: CITICORP | May 13 2025 00:43:00 | CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007 |
| 520544734 | + | EDI: CAPITALONE.COM | May 13 2025 00:43:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520544738 | + | EDI: CITICORP | May 13 2025 00:43:00 | Home Depot/Citibank, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 520544739 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | May 12 2025 20:59:54 | Housing Urban Development, 451 7th Street, S.W, Washington, DC 20410-0001 |
| 520544740 | + | EDI: IRS.COM | May 13 2025 00:43:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520544741 | | Email/Text: EBN@Mohela.com | May 12 2025 20:50:00 | Mohela/Dept. of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 520544742 | + | Email/PDF: bankruptcy_prod@navient.com | May 12 2025 21:11:27 | Navient Private Loan Trust, P.O. Box 9640, Wilkes Barre, PA 18773-9640 |
| 520544744 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | May 12 2025 20:50:00 | NJ Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695 |
| 520544745 | + | EDI: SYNC | May 13 2025 00:43:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept., P.O. Box 71756, Philadelphia, PA 19176-1756 |
| 520544747 | + | EDI: WTRRNBANK.COM | May 13 2025 00:43:00 | TD Bank USA/Target, P.O. Box 673, Minneapolis, MN 55440-0673 |
| 520544748 | + | EDI: TDBANKNORTH.COM | May 13 2025 00:43:00 | TDRCS/Raymour & Flanigan, 1000 MacArthur Boulevard, Mahwah, NJ 07430-2035 |

| 520544749 | + Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | May 12 2025 21:21:57 | WFBNA Card, P.O. Box 393, Minneapolis, MN 55480-0393 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Daniel E. Straffi, Straffi & Straffi, LLC, 670 Commons Way, Toms River, NJ 08755-6431 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel E. Straffi | bktrustee@straffilaw.com G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com |
| Daniel E. Straffi | on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com G25938@notify.cincompass.com;dstraffi@ecf.axosfs.com |
| Denise E. Carlon | on behalf of Creditor CMG Mortgage Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| George E Veitengruber, III | on behalf of Debtor John H. Molloy bankruptcy@veitengruberlaw.com knapolitano15@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5